Submitted to MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, COUCH, McAULIFFE and ADKINS, JJ.

### ORDER

PER CURIAM.

The Court having considered and granted the petition for a writ of certiorari in the above captioned case, it is this 26th day of November, 1986

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby reversed and the case remanded to the Court of Special Appeals for reconsideration in light of *State v. Lyles et al.,* 308 Md. 129, 517 A.2d 761 (1986). The appellee to pay the costs.

517 A.2d 773

**STATE of Maryland**

v.

**Christine G. BANKS.**

**No. 132, Sept. Term, 1986.**

Court of Appeals of Maryland.

Nov. 26, 1986.

Submitted to MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, COUCH and McAULIFFE, JJ.

### ORDER

PER CURIAM.

The Court having considered and granted the petition for a writ of certiorari in the above captioned case, it is this 26th day of November, 1986

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, reversed and the case remanded to the Court of Special Appeals for reconsideration in light of *State v. Lyles et al.*, 308 Md. 129, 517 A.2d 761 (1986). The appellee to pay the costs.

517 A.2d 773

## ATTORNEY GRIEVANCE COMMISSION OF MARYLAND

v.

### John R. CERAME.

**Misc. Docket (Subtitle BV) No. 30, Sept. Term, 1986.**

Court of Appeals of Maryland.

Nov. 26, 1986.

## ORDER

Upon consideration of the consent to disbarment filed by John R. Cerame in accordance with Maryland Rule BV12 d 2, and the written recommendation of Bar Counsel, it is this 26th day of November, 1986,

ORDERED, by the Court of Appeals of Maryland, that John R. Cerame be, and he is hereby, disbarred by consent from the further practice of law in the State of Maryland; and it is further

ORDERED that the Clerk of this Court shall strike the name of John R. Cerame from the register of attorneys, and pursuant to Maryland Rule BV13, shall certify that fact to the Trustees of the Clients' Security Trust Fund and the clerks of all judicial tribunals in the State.